**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| EVELYN NAJERA RODRIGUEZ,<br><br>      Petitioner,<br><br>v.<br><br>LUIS SOTO, in his official capacity as<br>Director/Warden of Delaney Hall Detention Facility,<br>*et al.*,<br><br>      Respondents. | Civil Case No. 26-cv-4123<br><br><br>**ORDER** |

**THIS MATTER** having been opened before the Court by way of a petition for habeas corpus filed by Evelyn Najera Rodriguez, and pursuant to the Court's Orders at ECF Nos. 17, 19-20, and 22, and the parties having conferred and agreeing to the proposed schedule below, and for good cause shown,

**IT IS ON THIS** 21 day of April, 2026

**ORDERED** that Petitioner Evelyn Najera-Rodriguez shall remain released from federal immigration custody pursuant to the Court's previous orders (ECF Nos. 16, 20), pending the bond hearing previously ordered by the Court (ECF Nos. 2, 17), to allow her to receive medical treatment; and it is further

**ORDERED** that a bond hearing shall be conducted on or before April 30, 2026, at 5:00 p.m.; and it is further

**ORDERED** that the parties shall submit a status update on or before April 24, 2026, at 5:00 p.m., informing the Court of the date and time of the bond hearing; and it is further

**ORDERED** that the parties shall file a further status update the day after the scheduled bond hearing to update the Court as to the results of the hearing; and it is further

**ORDERED** that the Petitioner shall report for a scheduled check-in with Immigration & Customs Enforcement at 970 Broad Street, Newark, NJ, on April 23, 2026, unless she is hospitalized or otherwise medically unable to attend.

_____
Hon. Michael E. Farbiarz, U.S.D.J.