

Michelle Pallak
Partner

T. 973-849-4034
F. 973-624-7070

mpallak@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

May 1, 2026

VIA ECF

Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**Re:**    *Najera Rodriguez v. Soto, et al.*, **26-cv-4123**

Dear Judge Farbiarz:

This Firm is pro bono counsel to Petitioner Evelyn Najera Rodriguez ("Ms. Najera Rodriguez").  We submit this status letter on behalf of the parties, as directed in the Court's April 21, 2026, Order (the "Order") (ECF No. 24).

As the Court is aware, Petitioner's bond hearing was set for April 30, 2026 at 9 a.m. Petitioner appeared for the hearing together with her immigration counsel Priscila D. Abraham, and one witness, her treating physician, Dr. Alan Haratz.

Unfortunately, Immigration Judge Chen ("IJ Chen") did not conduct the bond hearing.  Instead, she issued an order denying bond as moot because Ms. Najera Rodriguez was not in custody and the "district court order is silent as to whether this Court would be permitted to remand [Petitioner] to custody." *See* Exhibit 1.

Counsel for the Department for Homeland Security ("DHS") submitted a Motion to Reopen and Recalendar Bond Hearing for Today. *See* Exhibit 2. Counsel for Petitioner did not have an opportunity to respond before the Immigration Court granted the motion and re-set the bond hearing for 1 P.M., on less than one hour's notice. *See* Exhibit 3. As a result of the last-minute rescheduling, Dr. Haratz was no longer able to offer testimony.

At the 1 P.M. hearing, Petitioner's counsel understands that IJ Chen was still skeptical as to whether she had jurisdiction to conduct the bond hearing, but proceeded to grant bond for $10,000. *See* Exhibit 4. Petitioner's counsel

ME1\60877021.v2

May 1, 2026
Page 2

understands that a non-profit organization, Envision Freedom Fund, has committed to post bond for Ms. Najera Rodriguez, but cannot do so until Monday, May 4, 2026.

Accordingly, the parties request an extension of this Court's previous Order granting bail release to Petitioner.  Specifically, the parties propose the Order be extended through and including Monday, May 4, 2026 to allow for payment of bond, with a status report to be filed by the parties on May 5, 2026.

Respectfully submitted,


*/s/ Michelle Pallak*
Michelle Pallak


cc: All counsel of record via ECF
Attachments

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  5/1/2026

ME1\60877021.v2